UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARL ALTENBURG,<br><br>                    Plaintiff,<br><br>            v.<br><br>NEW ENTERPRISES LIMITED,<br><br>                    Defendant. | No. 25-cv-7351 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On September 4, 2025, Plaintiff Karl Altenburg, a foreign citizen and resident, filed this breach of contract action against Defendant New Enterprises Limited, a foreign corporation headquartered abroad.  *See* Dkt. No. 1 ¶¶ 6–7.  In his jurisdictional statement, Plaintiff asserted that this Court had diversity jurisdiction under 28 U.S.C. § 1332.  *Id.* ¶ 3.  That appears to be incorrect, however, because "diversity is lacking within the meaning of [Section 1332] where the only parties are foreign entities."  *Universal Licensing Corp. v. Paola del Lungo S.p.A.*, 293 F.3d 579, 581 (2d Cir. 2002).  No later than September 15, 2025, Plaintiff shall submit a letter explaining why this Court has jurisdiction.  If Plaintiff fails to do so, the Court will dismiss the action for lack of jurisdiction.

SO ORDERED.

Dated:      September 8, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge